**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| **HOMESITE INSURANCE COMPANY,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )   **CIVIL ACTION NO. 2:22-00359-TFM-N** |
| | ) |
| **CHADRICK MENDENHALL.,** | ) |
| | ) |
| **Defendant.** | ) |

<u>**MEMORANDUM OPINION AND ORDER**</u>

On November 30, 2022, the Magistrate Judge entered a Report and Recommendation which recommends the Motion to Dismiss (Doc. 9, filed 10/6/22) be denied and the Motion to Strike (Doc. 16, filed 11/15/22) be granted and the reply brief be stricken.  *See* Doc. 18.  No objections were filed by either party.

After due and proper consideration of the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge (Doc. 18) is **ADOPTED** as the opinion of this Court.  Accordingly, it is **ORDERED** that Plaintiff Homesite Insurance Company's motion to strike (Doc. 16) be **GRANTED**, and that Defendant Chadrick Mendenhall's reply brief (Doc. 15) is **STRICKEN**.  It is further **ORDERED** that Defendant's motion to dismiss (Doc. 9) is **DENIED**.

Defendant Chadrick Mendenhall is **ORDERED** to file his answer to the complaint no later than **February 24, 2023**.[1]  Failure to comply may have a detrimental effect on Defendant's ability

---

[1] The Court notes that typically Fed. R. Civ. P. 12(a)(4)(A) normally requires the answer must be served within 14 days after notice of the court's action on the motion to dismiss.  However, given that the Plaintiff is *pro se* and that there may be a lag time in him receiving the order, the Court has provided a slightly extended time frame.

to defend himself in this lawsuit.

**DONE** and **ORDERED** this the 3rd day of February 2023.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE